FILED
CLERK, U.S. DISTRICT COURT
July 16, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE MILLS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 2:21-cv-03500 SB (MRWx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　　Based upon the stipulation of the parties and for good cause shown,

　　　IT IS HEREBY ORDERED that this action, Case No. 2:21-cv-03500 SB (MRWx), is dismissed in its entirety as to all defendants with prejudice. All dates set in this matter are hereby vacated and taken off calendar.

　　　IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

　　　**IT IS SO ORDERED.**

Dated: July 16, 2021

_____
HON. STANLEY BLUMENFELD, JR.
United States District Judge

177159.1

1

Case No. 2:21-cv-03500 SB (MRWx)
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE